IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

UNITED STATES OF AMERICA,

    Plaintiff,

Civil No. 3: 08-CV-435
(NAM/GJD)

$35,466.00 IN UNITED STATES CURRENCY,

    Defendant.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUL 16 2008
AT____ O'CLOCK____
Lawrence K. Baerman, Clerk - Syracuse

### ORDER BARRING ALL FURTHER CLAIMS

This matter having come before me at Syracuse, New York on July 16, 2008 for the return on the Warrant for Arrest of Articles *In Rem* pursuant to Rule C(3) of the Supplemental Rules for Admiralty and Maritime Claims, and after publication in accordance with law; Francis Pahucki, having interposed his verified claim of ownership and verified answer to the complaint for forfeiture, and

There being no further claims or answers interposed and there being no appearance at the call of the calendar on July 16, 2008 on behalf of any other parties, it is hereby

**ORDERED**, that other than the claim of Francis Pahucki, all further claims pertaining to the subject property are hereby barred and foreclosed forever, and it is further

**ORDERED**, that the claim of Francis Pahucki, shall proceed into the discovery stage.

DATED: July 16, 2008

/s/ Norman A. Mordue
HONORABLE NORMAN A. MORDUE
CHIEF UNITED STATES DISTRICT JUDGE